NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER E. LIN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL INDICTMENT** |
| Plaintiff, | Case No.: 2:20-cr-152-GMN-BNW |
| vs. | VIOLATION: |
| RAY ANDERSON, | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm |
| Defendant. | |

**THE GRAND JURY CHARGES THAT:**

### Count One
(Felon in Possession of a Firearm)

On or about May 16, 2020, in the State and Federal District of Nevada,

**RAY ANDERSON,**

the defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: *Conspiracy to Commit Robbery and Robbery with the Use of a Deadly Weapon*, on October 23, 2007, in the Eighth Judicial District Court in Clark Count, Nevada, in Case No. C226610; *Assault with Use of a Deadly Weapon*,

on October 30, 2007, in the Eighth Judicial District Court in Clark County, Nevada, in Case No. C227276; *Carrying Concealed Firearm or Other Deadly Weapon*, on or about September 28, 2016, in Case No. C-15-307992-1; and *Felon in Possession of a Firearm*, on or about August 10, 2016, in the United States District Court, District of Nevada, in Case No. 2:15-cr-00200, did knowingly possess a firearm, to wit: a Bersa Thunder, .380 caliber semiautomatic pistol bearing serial number H29371, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Forfeiture Allegation
### (Felon in Possession of a Firearm)

1. The allegations of Count One of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

2. Upon conviction of the felony offense charged in Count One of this Criminal Indictment,

**RAY ANDERSON**,

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1):

1. a Bersa Thunder, .380 caliber semiautomatic pistol bearing serial number H29371; and
2. any and all compatible ammunition.

All pursuant to 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

**DATED:** this 1ST day of July, 2020.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

CHRISTOPHER E. LIN
Assistant United States Attorney

3