CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
District of Nevada
ANDREW W. DUNCAN
Assistant United States Attorney
Nevada Bar No. 14702
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336; Fax: (702) 388-6418
Andrew.Duncan@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00152-GMN-BNW |
| Plaintiff, | |
| vs. | **Stipulation to Continue Pre-Trial Motions Deadlines (Sixth Request)** |
| RAY ANDERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Christopher Chiou, Acting United States Attorney, District of Nevada, Andrew Duncan, Assistant United States Attorney, representing the United States of America, and Nadia Ahmed, Esq., representing Defendant Ray Anderson, that the pretrial motions deadlines be continued.

1. On May 10, 2021, current counsel for the government made an appearance in the case. (ECF No. 27)

2. On May 17, 2021, the Court granted the parties' stipulated request to continue trial and motions deadlines. (ECF No. 29)

3. On June 17, 2021, the parties submitted a stipulation requesting the Court to allow Defendant to file pre-trial motions on June 18, 2021. (ECF No. 30) The Court granted the stipulation setting the pre-trial motions deadline for June 18, 2021. The District of Nevada announced that on Friday, June 18, 2021, it would observe the Juneteenth National Independence Day federal holiday and all filings due on June 18, 2021, would be due on June 21, 2021. Defendant filed his Motion to Suppress on June 21, 2021.

4. Counsel for the government needs additional time to complete the response to the motion in light of the shortened time period. Additionally, government counsel will be out of the district through July 13, 2021.

5. Accordingly, the parties request that the Court extend the pretrial motion response deadline to July 19, 2021; and the deadline to file Replies in support of said motions to July 26, 2021.

DATED this 1st day of July, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Andrew Duncan*                      /s/ *Nadia Ahmed*
ANDREW DUNCAN                    NADIA AHMED, Esq.
Assistant United States Attorney      Counsel for Defendant Anderson

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No.: 2:20-cr-00152-GMN-BNW |
| Plaintiff, | **Findings and Order on Stipulation** |
| vs. | |
| RAY ANDERSON, | |
| Defendant. | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. On May 10, 2021, current counsel for the government made an appearance in the case. (ECF No. 27)
2. On May 17, 2021, the Court granted the parties' stipulated request to continue trial and motions deadlines. (ECF No. 29)
3. On June 17, 2021, the parties submitted a stipulation requesting the Court to allow Defendant to file pre-trial motions on June 18, 2021. (ECF No. 30) The Court granted the stipulation setting the pre-trial motions deadline for June 18, 2021. The District of Nevada announced that on Friday, June 18, 2021, it would observe the Juneteenth National Independence Day federal holiday and all filings due on June 18, 2021, would be due on June 21, 2021.
4. Defendant filed his Motion to Suppress on June 21, 2021. (ECF No. 32)
5. Counsel for the government needs additional time to complete the response to the motion in light of the shortened time period to respond. Additionally, government counsel will be out of the district through July 13, 2021.

6. Accordingly, the parties request that the Court extend the pretrial motion response deadline to July 19, 2021; and the deadline to file Replies in support of said motions to July 26, 2021.

THEREFORE, IT IS HEREBY ORDERED, that the parties herein shall have to and including July 19, 2021, to file any and all responses to pretrial motions.

IT IS FURTHER ORDERED, by and between the parties, that they shall have to and including July 26, 2021, to file any and all replies to dispositive motions.

DATED this __2__ day of July, 2021.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE