# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:20-cr-00152-GMN-BNW |
| vs. ) | |
| ) | |
| Ray Anderson, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Brenda Weksler, (ECF No. 54), which recommends Defendant's Motion to Suppress, (ECF No. 32), be granted.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. Local R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. 28 U.S.C. § 636(b)(1); D. Nev. Local R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 54) (setting an October 5, 2021, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 54), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Suppress, (ECF No. 32), is **GRANTED**.

**DATED** this _____6_____ day of October, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court