UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>RAY ANDERSON,<br><br>      Defendant. | Case No. 2:20-cr-00152-GMN-BNW<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** |

  Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charge brought against defendant Ray Anderson contained in the Indictment in case number 2:20-cr-00152-GMN-BNW.

                Respectfully submitted,
                CHRISTOPHER CHIOU
                Acting United States Attorney

                */s/ Andrew W. Duncan*
                ANDREW W. DUNCAN
                Assistant United States Attorney

  Leave of the Court is granted for the filing of the foregoing dismissal of the charge brought against defendant Ray Anderson contained in the Indictment in case number 2:20-cr-00152-GMN-BNW.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Government's Motion to Dismiss Criminal Indictment, (ECF No. 55), is **GRANTED.**

**IT IS FURTHER ORDERED** that the Defendant's Motion to Reopen Detention Hearing, (ECF No. 57), is **DENIED as moot**.

Dated this __7__ day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT